```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| KENNETH T. ATWOOD, | ) No. CV-07-0341-CI |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION TO WITHDRAW |
| v. | ) DEFENDANTS MELANIE RAVE AND |
| | ) MAIA PUGLIESE FROM |
| PETE WARNER et al., | ) PLAINTIFF'S CIVIL RIGHTS |
| | ) COMPLAINT |
| Defendants. | ) |

Before the court is Plaintiff's Motion to Withdraw Defendants Melanie Rave and Maia Pugliese from Plaintiff's Civil Rights Complaint (Ct. Rec. 37.) Plaintiff, a prisoner currently housed at Stafford Creek Correction Center, Aberdeen, Washington, appears pro se; Defendants are represented by attorney Christopher J. Kerley of Evans, Craven & Jackie, P.S. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 34.) Defendants do not oppose Plaintiff's Motion. (Ct. Rec. 41.) Accordingly, for good cause shown,

**IT IS ORDERED:**

Plaintiff's Motion to Withdraw Defendants Melanie Rave and Maia Pugliese from the Complaint (**Ct. Rec. 37**) is **GRANTED.** Melanie Rave and Maia are **dismissed** as parties from the case, and will no longer be included as Defendants in the caption.

The District Court Executive shall file this Order and provide

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DEFENDANTS MELANIE RAVE AND MAIA PUGLIESE FROM PLAINTIFF'S CIVIL RIGHTS COMPLAINT - 1

1  a copy to Plaintiff and counsel for Defendants.
2      DATED August 7, 2008.
3
4              S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DEFENDANTS MELANIE RAVE AND MAIA PUGLIESE FROM PLAINTIFF'S CIVIL RIGHTS COMPLAINT - 2