UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DUSTIN G. ABRAMS,

        Plaintiff,

   v.

PETE WARNER and FERRY COUNTY, WASHINGTON,

        Defendants.

CV-07-341-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that defendants' Motion for Summary Judgment dismissal is **GRANTED**; Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**, and Judgment is entered for defendants.

DATED this 12th day of November, 2008.

                      JAMES R. LARSEN
                      District Court Executive/Clerk

                      s/ L. Stejskal, Deputy Clerk