UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH ATWOOD,<br><br>        Plaintiff,<br><br>  v.<br><br>PETE WARNER and FERRY COUNTY, WASHINGTON,<br><br>        Defendants. | CV-07-341-CI<br><br>**AMENDED JUDGMENT** |

**DUE TO A CLERICAL ERROR, THE JUDGMENT OF NOVEMBER 12, 2008 IS AMENDED TO REFLECT THE CORRECTED CAPTION:**

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that defendants' Motion for Summary Judgment dismissal is **GRANTED**; Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**, and Judgment is entered for defendants.

DATED this 14th day of November, 2008.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk

                                        s/ L. Stejskal, Deputy Clerk